In re:                                                      Case No. 10-64577-rk
Zachary A Amstutz                                           Chapter 13
Beth A Amstutz
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0647-6         User: dhaid          Page 1 of 1          Date Rcvd: Nov 16, 2018
                            Form ID: pdf754       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
              +E-mail/Text: cmecf@dilksknopik.com Nov 16 2018 22:54:49     Brian J. Dilks, Managing Member,
          Dilks & Knopik LLC,    35308 SE Center Street,   Snoqualmie, WA 98065-9216
                                                                                    TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2018                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2018 at the address(es) listed below:
          Brian Jacob Dilks    cmecf@dilksknopik.com,  dilksknopik@ecf.courtdrive.com
          Hilary B. Bonial    on behalf of Creditor    American Home Mortgage Servicing, Inc.
           notice@bkcylaw.com
          Stacey A O'Stafy    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
           amps@manleydeas.com,  amps@manleydeas.com
          Susan P Taylor    on behalf of Creditor    STATE OF OHIO staylor@brouse.com,  tpalcic@brouse.com
          Toby L. Rosen    trosen@chapter13canton.com,  trosen@ecf.epiqsystems.com
          Vance P. Truman    on behalf of Debtor Zachary A Amstutz medinaatty@vancetruman.com
          Vance P. Truman    on behalf of Debtor Beth A Amstutz medinaatty@vancetruman.com
                                                                          TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

### Notice of Filing Deficiency RE: Petition For Payment of Unclaimed Funds

To: **Dilks & Knopik, LLC**

In Re: **Vance P. Truman**

**Chapter 13**
**Judge Russ Kendig**
**Case No 10-64577**

UNDER BANKRUPTCY RULE 5005, THE ORIGINAL OF THE ATTACHED DOCUMENT HAS BEEN ACCEPTED FOR FILING. HOWEVER, IT DOES NOT COMPLY WITH LOCAL BANKRUPTCY RULE 3011-1 (COPY ENCLOSED) AND FURTHER ACTION IS REQUIRED ON THE ITEMS MARKED WITH AN "X" BELOW.

_____ The current version of the local Petition For Unclaimed Funds form must be used, and any deviation from the standardized form must be explained in bold-faced type.

_____ The Petition form must be completed in the section(s) marked:

☐ 1.    ☐ 2.    ☐ 3.    ☐ 4.    ☐ 6.    ☐ 10.    ☐ Exhibit A

_____ Original signature of Claimant or Authorized Representative of Claimant must be supplied and notarized.

_____ Signature and address of Petitioner must be supplied.

_____ Notarized Power Of Attorney must be appended.

_____ Proof(s) of identity must be submitted and/or docketed as a private event.

_____ Copy of court order depositing the funds into Treasury as unclaimed, or the receipt to the trustee and list of parties entitled to the unclaimed funds, or a copy of the Unclaimed Funds search web page must be appended.

___X___    Other:    **PAGE 2, NUMBER 3 HAS INCORRECT BOX CHECKED.**

**THIS DOCUMENT MUST BE CORRECTED WITHIN 10 DAYS FROM THE DATE OF THIS NOTICE OR THE PETITION WILL NOT BE PROCESSED ANY FURTHER.**
    **\*\*\*Please return a copy of this notice with your correction for verification of compliance.\*\*\***

I certify that this notice and a copy of the attached document were returned to Dilks & Knopik LLC via the Court's e-mail system.

**Date of Notice: November 16, 2018**

/s/Diane Haidet
Deputy Clerk

**Rule 3011-1    UNCLAIMED FUNDS**

(a)  *General Requirements.*  A request for unclaimed funds must be made by using  the form *Petition for Unclaimed Funds* and Order Thereon and Exhibit A, available from the Clerk.  Any deviation from the standardized petition and exhibit must be explained in bold-faced type within the body of the submitted document.

(b)  *Filing Procedures.*

(1)  *By an Attorney.*  If the claimant or the person authorized to act on behalf of the claimant is an attorney, the petition, exhibit, and all other pleadings and papers shall be filed electronically according to the procedures established by the Court, as prescribed by LBR 5005-4.

(2)  *By a Non-attorney Registered for Electronic Case Filing.*  If the claimant or the person authorized to act on behalf of the claimant is not an attorney, but is registered with this Court as an electronic case filing user, the petition, exhibit, and all other pleadings and papers shall be filed electronically according to the procedures established by the Court, as prescribed by LBR 5005-4.

(3)  *By a Non-attorney Not Registered for Electronic Case Filing.*  If the claimant or the person authorized to act on behalf of the claimant is not an attorney, and is not registered with this Court as an electronic case filing user, the petition, exhibit, and all other pleadings and papers must be filed on paper.

(c)  *Payment.*  Any payment will be issued to the claimant directly unless the claimant is represented, in which case payment will be mailed to the claimant's representative.

Enacted: May 16, 2011